# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2242
_____

MONTERIUS KOONCE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Belated Appeal—Original Jurisdiction.

November 3, 2025

PER CURIAM.

DENIED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Monterius Koonce, pro se, Petitioner.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.